909 A.2d 804

**UNIONTOWN NEWSPAPERS, INC., t/b/a The Herald–Standard,
a Corporation, and Paul Sunyak, an Individual, Appellants,**

**v.**

**Lawrence ROBERTS, in His Capacity as a Member of
the General Assembly of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Nov. 22, 2006.

### *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**